JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMEFLYNET, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JD FINE & COMPANY, INC.,<br><br>Defendant. | Case No. 2:16-cv-7484 MWF (ASx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Hon. Michael W. Fitzgerald |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: March 21, 2017

_____
Hon. Michael W. Fitzgerald
United States District Judge